

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2018

No. 04-18-00441-CV

**PROTOTYPE MACHINE COMPANY**,
Appellant

v.

Toledo P. **BOULWARE**, Individually And As Trustee; Shaver Banderaranch, Llc As Successor-In-Interest To Dos Angeles, L.P.; Zach & Kayla Davis; D.M.C. Partners, Ltd.; Willie Jo Dooley, L.P.; Hayden G. Haby & Doris Y. Haby; Hayden Haby, Jr. & Denette Haby Coates; Melanie & John Jones In Their Capacity As Joint Representatives Of The Ben Jones Sr. Est Ate; Mcdaniel Farms, Inc.; Jewel F. Robinson & 4-S Ranch; Justin Burk D/B/A Burk Farms; Robert E. Condry; John Boerschig,
Appellees

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 3469-A
Honorable Enrique Fernandez, Judge Presiding

# O R D E R

After Appellant filed its brief, Appellees moved this court to dismiss this appeal for want of jurisdiction. Appellees assert that when the trial court severed Appellant's claims, Appellees' claims for attorney's fees and costs of court against Appellant were transferred into the severed cause and are still live claims. Appellees insist the trial court has not rendered a final judgment in the severed cause and this appeal must be dismissed for want of jurisdiction.

Generally, "an appeal may be taken only from a final judgment. A judgment is final for purposes of appeal if it disposes of all pending parties and claims in the record, except as necessary to carry out the decree." *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).

We ORDER Appellant to show cause within TEN DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a). If Appellant does not timely file written proof as ordered, this appeal will be dismissed. *See id.*

All other appellate deadlines are SUSPENDED pending further order of this court.

Patricia O. Alvarez, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2018.



KEITH E. HOTTLE,
Clerk of Court